# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER D. BIRDRATTLER,<br><br>Defendant. | PO-25-5083-GF-JTJ<br><br>VIOLATION:<br>E1383872<br><br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to dismiss violation E1383872 for good cause shown, **IT IS ORDERED** that violation E1383872 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for August 29, 2025, is **VACATED.**

DATED this 25th day of August, 2025.

_____
John Johnston
United States Magistrate Judge